UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIGNATURES NETWORK, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-100, individuals, JANE DOES 1-100, individuals, and XYZ COMPANY, business entity form unknown, inclusive,<br><br>Defendants. | CIVIL ACTION NO.<br><br>05-10628RWZ |

**STATEMENT OF CORPORATE DISCLOSURE**

Pursuant to Local Rule 7.3, Plaintiff Signatures Network, Inc. hereby files this Statement of Corporate Disclosure. Plaintiff hereby notifies this Court that it is a Delaware Corporation, privately held.

Dated: March 30, 2005

Respectfully Submitted
SIGNATURES NETWORK, INC.
By Its Attorneys

_____
M. Lawrence Oliverio, Esq., BBO #378755
Kudirka & Jobse, LLP
One State Street
Boston Massachusetts 02109
Telephone: (617) 367-4600
Facsimile: (617) 367-4656

Cara R. Burns, Esq. (Cal. Bar # 137557)
725 South Figueroa Street, Suite 2280
Los Angeles, California 90017
Telephone: (213) 607-2290
Facsimile: (213) 538-1375

1