UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
SIGNATURES NETWORK, INC.            )
a Delaware corporation,             )
                                    )
         Plaintiff,                 )   CIVIL ACTION NO. 05 10628 RWZ
                                    )
vs.                                 )
                                    )
JOHN DOES 1-100, individuals,       )
JANE DOES 1-100, individuals,       )
and XYZ COMPANY, business           )
entity form unknown, inclusive,     )
                                    )
         Defendants.                )
_____)

NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, Rule 41 (a), Plaintiff voluntarily dismisses the above caption action without prejudice.

Dated: March 27, 2007          RESPECTFULLY SUBMITTED
                               SIGNATURES NETWORK, INC.

                               */s/ M. Lawrence Oliverio*
                               M. Lawrence Oliverio, Esq., BBO #378755
                               Rissman Jobse Hendricks & Oliverio, LLP
                               One State Street, Suite 800
                               Boston, Massachusetts 02109
                               Telephone: (617) 367-4600
                               Facsimile: (617) 367-4656

                               Cara Burns, Esq. (Cal. Bar # 137557)
                               Hicks, Mims, Kaplan & Burns
                               2800 28th Street, Suite 300
                               Santa Monica, California 90405
                               Telephone: (310) 314-1721
                               Facsimile: (310) 314-1725

1