## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
**SIGNATURES NETWORK, INC.**                )
**a Delaware corporation,**                 )
                                            )
              **Plaintiff,**                )    **CIVIL ACTION NO. 05 10628 RWZ**
                                            )
**vs.**                                     )
                                            )
**JOHN DOES 1-100, individuals,**           )
**JANE DOES 1-100, individuals,**           )
**and XYZ COMPANY, business**               )
**entity form unknown, inclusive,**         )
                                            )
              **Defendants.**               )
_____)

## REQUEST FOR EXONERATION OF BOND AND DISPOSITION OF SEIZED MATERIALS, [PROPOSED] ORDER THEREON

Plaintiff having dismissed the above entitled action without prejudice pursuant to

Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by

answer or otherwise and good cause appearing,

**IT IS HEREBY:**

**ORDERED,** that the bond posted by Plaintiff shall be, and hereby is, exonerated

and released to the Plaintiff, and it is further

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all

infringing merchandise.

**IT IS SO ORDERED.**

Dated: March __, 2007          _____
                               THE HONORABLE RYA W. ZOBEL
At: _____ __. m.               UNITED STATES DISTRICT COURT JUDGE

1

Respectfully Submitted,
SIGNATURES NETWORK, INC.
By Its Attorneys

M. Lawrence Oliverio, Esq., BBO #378755
Rissman Jobse Hendricks & Oliverio, LLP
One State Street, Suite 800
Boston Massachusetts 02109
Telephone: (617) 367-4600
Facsimile: (617) 367-4656

Cara Burns, Esq. (Cal. Bar # 137557)
Hicks, Mims, Kaplan & Burns
2800 28th Street, Suite 300
Santa Monica, California 90405
Telephone: (310) 314-1721
Facsimile: (310) 314-1725