UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SIGNATURES NETWORK, INC. a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOES 1-100, individuals, JANE DOES 1-100, individuals, and XYZ COMPANY, business entity form unknown, inclusive, <br><br> Defendants. | CIVIL ACTION NO. 05 10628 RWZ |

## REQUEST FOR EXONERATION OF BOND AND DISPOSITION OF SEIZED MATERIALS, [PROPOSED] ORDER THEREON

Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise and good cause appearing,

**IT IS HEREBY:**

**ORDERED,** that the bond posted by Plaintiff shall be, and hereby is, exonerated and released to the Plaintiff, and it is further

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all infringing merchandise.

**IT IS SO ORDERED.**

Dated: March __, 2007            _____
                                 THE HONORABLE RYA W. ZOBEL
At: _____ __. m.                 UNITED STATES DISTRICT COURT JUDGE

1

Respectfully Submitted,
SIGNATURES NETWORK, INC.
By Its Attorneys

*M. Lawrence Oliverio*
_____
M. Lawrence Oliverio, Esq., BBO #378755
Rissman Jobse Hendricks & Oliverio, LLP
One State Street, Suite 800
Boston Massachusetts 02109
Telephone: (617) 367-4600
Facsimile: (617) 367-4656

Cara Burns, Esq. (Cal. Bar # 137557)
Hicks, Mims, Kaplan & Burns
2800 28th Street, Suite 300
Santa Monica, California 90405
Telephone: (310) 314-1721
Facsimile: (310) 314-1725